| AO 440 (Rev 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF EFFECTED (1) BY ME TITLE | SUMMONS, NOTICE OF FILING RULE 7 1 DISCLOSURE STATEMENT, AMENDED COMPLAINT, CERTIFICATE OF SERVICE, AXHIBITS<br>PETER CERRUTO<br>PROCESS SERVER<br>DATE 3/5/2019 9 44 29 AM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

[X] Served personally upon the defendant

CHRISTOPHER SOLTIS

Place where served

4 WYCKHAM RD    SPRING LAKE HEIGHTS  NJ  07762

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein  Name of person with whom the summons and complaint were left

CHRISTOPHER SOLTIS

Relationship to defendant   **SELF**

Description of Person Accepting Service

SEX M   AGE 36-50   HEIGHT 5'9"-6'0"   WEIGHT 161-200 LBS   SKIN WHITE   HAIR BROWN   OTHER _____

[X] To the best of my knowledge, said person was not engaged in the U S  Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct

DATE  3 / 6 / 20 19                         L S

SIGNATURE OF PETER CERRUTO
GUARANTEED SUBPOENA SERVICE, INC
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS 3/6/19
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept 25, 2023

ATTORNEY      PATRICK J CERILLO, ESQ
PLAINTIFF     MALIBU MEDIA, LLC
DEFENDANT     JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96 234 77 209
VENUE         DISTRICT
DOCKET        3 18 CV 13108 FLW LHG
COMMENT